UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 09-cr-20200-1
                                    Hon. Matthew F. Leitman

D1, DAISY MARTINEZ,

    Defendant.
_____/

## ORDER EXONERATING BOND HOLDERS

Defendant Daisy Martinez was arrested in June 2009 and released on a $175,000 cash surety bond. (*See* Order Setting Conditions of Release, ECF No. 102.) On August 4, 2011, Martinez plead guilty to one count of Health Care Fraud Conspiracy and was sentenced to 66 months in the Federal Bureau of Prisons. (*See* Amended Judgement, ECF No. 301.) On February 6, 2015, Martinez was placed on Supervised Release for a period of three years. (*See* Supervision Report, ECF No. 334.) On September 15, 2017, Martinez was discharged from supervision and the proceedings in the case were terminated. (*See* Order Terminating Supervised Release Prior to Original Expiration Date, ECF No. 344.)

On November 30, 2023, Martinez moved to exonerate the bond holders. (*See* Mot., ECF No. 345.)  No motion to release the bond holders had been previously filed and the original signors are still responsible pursuant to an agreement made with the bonding company regarding Martinez. (*See id*.)

The Court hereby **GRANTS** Defendant's Motion to Exonerate the Bond Holders. (Mot., ECF No. 345.)  Martinez has completed her obligations pursuant to her release. All bond holders held responsible pursuant to the agreement with the bonding company regarding Martinez are relieved of any further responsibility in this matter.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  February 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126